IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TORIANA MARCELLUS CAVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:09CV492 |
| ) | 1:06CR474-6 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

On July 14, 2009, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Petitioner's objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted. Petitioner's objections are unclear, but it appears that he may have intended to file his Motion for Leave to File a Supplemental Brief (docket no. 251) as part of his direct appeal. If so, the document would have to be filed directly with the Fourth Circuit Court of Appeals.

**IT IS THEREFORE ORDERED** that this action is dismissed sua sponte without prejudice to Petitioner filing a corrected motion on the proper § 2255 forms once his direct appeal has ended, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

This the day of September 22, 2009

                                                /s/ N. Carlton Tilley, Jr.
                                              Senior United States District Judge